# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

148546

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

IDA ISAAC and ALEXANDER ISAAC,
     Plaintiffs-Appellants,

v

STANDARD PARKING CORPORATION,
     Defendant-Appellee,
and

BISHOP INTERNATIONAL AIRPORT
AUTHORITY,
     Defendant.

SC: 148546
COA: 303642
Genesee CC: 05-082172-NO

_____/

On order of the Court, the application for leave to appeal the December 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

t0519